IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-01852-MSK-MJW

JEFFREY VEIGEL, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

AMERICAN OIL & GAS, INC.,
PATRICK D. O'BRIEN,
ANDREW P. CALERICH,
JON R. WHITNEY,
NICK DEMARE,
C. SCOTT HOBBS, and
HESS CORPORATION,

Defendants.

## DISCOVERY STIPULATION AND ORDER ( Docket No 22 )

WHEREAS, Defendants American Oil & Gas, Inc. ("American") and Hess Corporation ("Hess") announced their intention to merge (the "Proposed Merger"), subject to, among other conditions, the requirement that a majority of American's stockholders vote to approve the Proposed Merger;

WHEREAS, following the announcement of the Proposed Merger, multiple complaints have been filed in federal court in Denver, Colorado, in Colorado state court, and in Nevada state court, alleging claims of breach of fiduciary duty, and aiding and abetting breach of fiduciary duty, against Patrick D. O'Brien, Andrew P. Calerich, John R. Whitney, Nick DeMare, C. Scott Hobbs (collectively, the "Individual Defendants"), American, Hess and Hess Investment Corp. (collectively, the "Defendants"), on behalf of

the same purported class of American stockholders, and seeking, among other things, to enjoin the Proposed Merger;

WHEREAS, certain undersigned counsel below represent named Plaintiffs in the following actions pending in Colorado:

> (i) *Morton Finkel, Individually and on Behalf of All Others Similarly Situated v. American Oil & Gas, et al.*, 1:10-cv-01808-CMA-MEH, "pending" in the United States District Court for the District of Colorado (the "*Finkel* Action");
>
> (ii) *Edgar Cobb, Individually and on Behalf of All Others Similarly Situated v. American Oil & Gas, et al.*, 1:10-CV-01833-PAB-MEH, "pending" in the United States District Court for the District of Colorado (the "*Cobb* Action");
>
> (iii) *Jeffrey P. Feinman, Individually and on Behalf of All Others Similarly Situated v. American Oil & Gas, et al.*, 1:10-CV-01846-MSK-KMT, "pending" in the United States District Court for the District of Colorado (the "Feinman Action"); and
>
> (iv) *Jeffrey Veigel, Individually and on Behalf of All Others Similarly Situated v. American Oil & Gas, et al.*, 1:10-CV-01852-MSK-MJW, "pending" in the United States District Court for the District of Colorado (the "Veigel Action");

WHEREAS, the Parties, without waiving, and expressly reserving, any and all rights, privileges, positions, arguments, claims and/or defenses as to any and all matters and issues (including, without limitation, as to jurisdiction and venue), intend to enter into this agreed schedule for fact discovery so that such discovery may be conducted once and in a coordinated fashion for all cases.

NOW THEREFORE, the parties ("Parties") below, by and through their undersigned counsel, hereby stipulate and agree to the following:

1. The Parties agree to the following schedule for fact discovery from both Defendants and Plaintiffs in the various actions, and agree that all such discovery

conducted pursuant to this Discovery Stipulation may be used in the various actions if, and to the extent, any such action proceeds.

2. Subject to the provisions of paragraph 3 below, the Parties agree that:

    (a) Defendants will produce documents responsive to the discovery order (as may be amended) in *Speight, Individually and on Behalf of All Others Similarly Situated v. American Oil & Gas, et al.*, Case No. 10 DC 003401B, "pending" in the First Judicial District Court of the State of Nevada in and for Carson City (the "*Speight* Action") and the Colorado federal plaintiffs' discovery requests, as set forth in Exhibit A, and Plaintiffs shall produce documents responsive to the requests set forth in Exhibit B hereto. The requests shall be construed to seek documents generated through July 27, 2010 and shall exclude privileged documents.

    (b) By September 15, 2010, or the date this stipulation is signed, Defendants shall substantially complete their production of documents.

    (c) By September 17, 2010, Plaintiffs shall substantially complete their production of documents.

    (d) By September 20, 2010, the Parties shall exchange privilege logs; if any;

(e) Beginning September 20, 2010, and concluding no later than September 28, 2010, Defendants shall make the following witnesses available for deposition:

- Patrick D. O'Brien;
- Andrew P. Calerich;
- Jon R. Whitney;
- a person most knowledgeable at Tudor, Pickering, Holt & Co. concerning the Proposed Merger; and
- a person most knowledgeable at Hess concerning the Proposed Merger.

(f) Beginning September 20, 2010, and concluding no later than October 1, 2010, each Plaintiff, at Defendants' request, shall sit for deposition by Defendants.

3. The Parties agree that no discovery pursuant to this Discovery Stipulation, including, *inter alia*, document, deposition and other discovery, shall proceed with respect to a given action until the respective Plaintiff and Defendants in such action have executed a Stipulation and Order of Confidentiality, substantially in the form annexed here as Exhibit C, and the Parties further agree that such stipulation shall be binding and effective upon execution, and Plaintiff and Defendants in each respective action shall seek to have such stipulation entered as an order by the Court in that action.

4. This Discovery Stipulation may be signed in counterparts.

5.  The Parties agree to be bound by the terms of this Discovery Stipulation upon the execution of the Discovery Stipulation by his or her undersigned counsel. If a particular Party (and his or her counsel) chooses not to execute this Discovery Stipulation, the Discovery Stipulation shall continue to remain in full force and effect as to all other signatories.

6.  The Parties are entering into this Discovery Stipulation solely to facilitate an orderly discovery schedule. By entering into this Discovery Stipulation, and by providing discovery thereunder, Defendants and Plaintiffs do not waive, and expressly reserve, any and all rights, privileges, positions, arguments, claims and/or defenses as to any and all matters and issues, including, without limitation, as to proper jurisdiction and venue, and Plaintiffs agree that they shall not argue that Defendants have agreed to the jurisdiction or venue of the Court in any given action, or that jurisdiction and/or venue is appropriate in any given action, by virtue of Defendants having entered into this Discovery Stipulation and/or providing discovery to a Plaintiff pursuant to this Discovery Stipulation.

DATED: _September 16_, 2010

BY THE COURT:

_____
Michael J. Watanabe
United States District Court Magistrate Judge

AGREED TO:

| | |
|---|---|
| DYER & BERENS LLP | PATTON BOGGS LLP |

s/ Jeffrey A. Berens
Robert J. Dyer III
Jeffrey A. Berens
Darby K. Kennedy
303 East 17th Avenue, Suite 300
Denver, CO 80203
Tel: (303) 861-1764
Fax: (303) 395-0393
bob@dyerberens.com
jeff@dyerberens.com
darby@dyerberens.com

POMERANTZ HAUDEK GROSSMAN & GROSS LLP
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312) 377-1181
Fax: (312) 377-1184
pdahlstrom@pomlaw.com

-and-

Marc I. Gross
H. Adam Prussin
Fei-Lu Qian
100 Park Avenue
New York, NY 10017
Tel: (212) 661-1100
Fax: (212) 661-8665
migross@pomlaw.com
haprussin@pomlaw.com
flqian@pomlaw.com

s/ Sven Collins
Sven Collins
1801 California Street, Suite 4900
Denver, CO 80202
Tel: (303) 894-6370
Fax: (303) 894-9239
scollins@pattonboggs.com

-and-

Philip M. Smith
1185 Avenue of the Americas
New York, NY 10036
Tel: (646) 557-5145
Fax: (646) 557-5101
pmsmith@pattonboggs.com

*Attorneys for Defendants American Oil & Gas, Inc., Patrick D. O'Brien, Andrew P. Calerich, Jon R. Whitney, Nick DeMare, and C. Scott Hobbs*

BALLARD SPAHR LLP

s/ K. Allison White
Patrick H. Pugh
K. Allison White
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Tel : (303) 299-7324
Fax : (303) 296-3956
pughp@ballardspahr.com
whiteka@ballardspahr.com

-and-

BRAGAR WEXLER EAGEL &
SQUIRE, PC
Lawrence P. Eagel
Jeffrey H. Squire
885 Third Avenue, Suite 3040
New York, NY 10022
Tel: (212) 308-5858
Fax: (212) 486-0462
eagel@bragarwexler.com
squire@bragarwexler.com

HARWOOD FEFFER LLP
Robert Harwood
James G. Flynn
488 Madison Avenue, 8th Floor
New York, NY 10022
Tel: (212) 935-7400
Fax: (212) 753-3630
rharwood@hfesq.com
jflynn@hfesq.com

*Attorneys for Plaintiffs Morton Finkel,
Jeffrey P. Feinman, and Jeffrey Veigel*

ROBBINS GELLER RUDMAN
 & DOWD LLP
Darren J. Robbins
Randall J. Baron
David T. Wissbroecker
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Tel: (619) 231-1058
Fax: (619) 231-7423
darrenr@rgrdlaw.com
randyb@rgrdlaw.com
dwissbroecker@rgrdlaw.com

*Attorneys for Plaintiff Edgar Cobb*

WHITE & CASE LLP
Glenn M. Kurtz
Robert E. Tiedemann
1155 Avenue of the Americas
New York, NY 10036-2787
Tel: (212) 819-8200
Fax: (212) 354-8113
gkurtz@whitecase.com
rtiedemann@whitecase.com

*Attorneys for Defendants Hess Corporation
and Hess Investment Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2010, I electronically filed the foregoing **DISCOVERY STIPULATION AND ORDER** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

s/ Jeffrey A. Berens
*Jeffrey A. Berens*
Attorney for Plaintiff
DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
Telephone: (303) 861-1764
FAX: (303) 395-0393
Email: jeff@dyerberens.com