IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No.  10-cv-01852-MSK-MJW

JEFFREY VEIGEL,

Plaintiff(s),

v.

AMERICAN OIL & GAS, INC.,
PATRICK D. O'BRIEN,
ANDREW P. CALERICH,
JON R. WHITNEY,
NICK DEMARE,
C. SCOTT HOBBS, and
HESS CORPORATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Stipulation and Order of Confidentiality (docket no. 23)  is APPROVED and made an Order of Court.

      It is FURTHER ORDERED that Plaintiff's Motion to Expedite Discovery and Request for Expedited Ruling (docket no. 18) is MOOT and therefore DENIED based upon the Discovery Stipulation and Order (docket no. 22).  The hearing on the Plaintiff's Motion to Expedite Discovery and Request for Expedited Ruling (docket no. 18) set before Magistrate Judge Watanabe on September 17, 2010, at 1:30 p.m. is VACATED.

Date:  September 16, 2010