**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01808-CMA-MEH
(Consolidated with 10-cv-01833-PAB-MEH, 10-cv-01846-MSK-KMT, and
10-cv-01852-MSK-MJW)

MORTON FINKEL,
EDGAR COBB,
JEFFREY P. FEINMAN, and
JEFFREY VEIGEL, Individually and
on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

AMERICAN OIL & GAS, INC., a Nevada corporation,
PATRICK D. O'BRIEN,
ANDREW P. CALERICH,
JON R. WHITNEY,
NICK DEMARE,
C. SCOTT HOBBS,
HESS CORPORATION, a Delaware corporation, and
HESS INVESTMENT CORP., a Nevada corporation,

    Defendants.

---

**ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS AND
TAKING UNDER ADVISEMENT MOTION FOR APPOINTMENT OF PLAINTIFFS'
LEAD & LIAISON COUNSEL**

---

This matter is before the Court on a Motion for Consolidation of Related Actions

and Appointment of Plaintiffs' Lead & Liaison Counsel (Doc. # 9), which was filed by

Plaintiff Morton Finkel in the above-captioned case, as well as by Jeffrey P. Feinman

and Jeffrey Veigel, who are plaintiffs in actions also pending in this District, namely

Case Nos. 10-cv-01846 (the "Feinman Action") and 10-cv-01852 (the "Veigel Action"). This Motion was initially opposed by Edgar Cobb, a plaintiff in another action pending in this District, Case No. 10-cv-01833 (the "Cobb Action"). (Doc. # 22.) However, on September 23, 2010, Mr. Cobb withdrew his objections. (Doc. # 33.) Plaintiff Finkel and Messrs. Feinman and Veigel filed a Reply and Notice of Non-Opposition Regarding Plaintiffs' Motion for Consolidation of Related Actions and Appointment of Plaintiffs' Lead & Liaison Counsel on September 23, 2010. (Doc. # 34.)

The Court finds that the instant action and the Feinman, Veigel, and Cobb Actions involve common questions of law or fact, including common parties and common claims, before this Court. Further, the Court finds that consolidation of these four actions will avoid unnecessary costs and delays. It is therefore,

ORDERED the Motion for Consolidation of Related Actions and Appointment of Plaintiffs' Lead & Liaison Counsel (Doc. # 9) is GRANTED IN PART, to the extent it requests consolidation and the following actions are consolidated pursuant to Fed. R. Civ. P. 42(a):

(1)  10-cv-01808-CMA-MEH

(2)  10-cv-01833-PAB-MEH

(3)  10-cv-01846-MSK-KMT

(4)  10-cv-01852-MSK-MJW

Future filings in any of these actions shall contain the caption as set forth above and shall be docketed under Case No. 10-cv-01808-CMA-MEH.

The request for appointment of lead and liaison counsel is TAKEN UNDER ADVISEMENT. The Court will rule on this matter by separate order.

DATED: October   5  , 2010

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge